1 F.3d 954
 72 A.F.T.R.2d 93-5755, 93-2 USTC P 50,477
 Dennis W. SCHILLINGER; Monica L. Schillinger, Petitioners-Appellants,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.
 No. 91-70386.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Aug. 3, 1993.
Decided Aug. 12, 1993.
 
 Arthur H. Boelter, Boelter & Gale, Seattle, WA, for petitioners-appellants.
 Frank P. Cihlar, Tax Division, U.S. Dept. of Justice, Washington, DC, for respondent-appellee.
 Appeal from the Decision of the United States Tax Court.
 Before: WRIGHT, BEEZER and HALL, Circuit Judges.ORDER
 
 
 1
 For the reasons given by the tax court in its opinion, Tax Court Memorandum No. 1990-640, 60 T.C.M. (CCH) 1470, 1990 WL 209178 (1990), we affirm.
 
 
 2
 AFFIRMED.